UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MANUEL OYOLA, *an individual, and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>LAFAYETTE FEDERAL CREDIT UNION,<br><br>*Defendant.* | Case No. 8:25-cv-03410<br><br>Related No. 8:25-cv-01006-DLB (In re Lafayette Federal Credit Union Data Breach Litigation) |

**DEFENDANT'S STATEMENT PURSUANT TO THE COURT'S
STANDING ORDER CONCERNING REMOVAL ACTIONS**

Defendant Lafayette Federal Credit Union ("LFCU"), by and through the undersigned counsel, provides the following statement pursuant to Amended Standing Order 2021-13:

1. LFCU is the only defendant in this action and was served with a copy of the Summons and Complaint on September 15, 2025.

2. LFCU is a citizen of Maryland.

3. Not applicable. LFCU removed this action within 30 days of being served.

4. Not applicable. The Complaint was filed in the Circuit Court for Montgomery County, Maryland, on September 8, 2025, and LFCU removed the action less than a year later on October 15, 2025.

5. LFCU is the only defendant in this action, so there are no defendants who did not join in the Notice of Removal.

Dated: October 29, 2025

By: */s/ James Billings-Kang*
James Billings-Kang
COZEN O'CONNOR
2001 M Street NW, Ste. 500
Washington, DC 20036
T: (202) 280-6483
F: (202) 640-5936
JBillings-Kang@cozen.com
*Counsel for Defendant Lafayette Federal Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, I electronically filed the foregoing with the Court's electronic filing system, which will send notice of such filing to all attorneys of record:

| | |
|---|---|
| Arnold J. Abraham, Esq. | Eric Menhart, Esq |
| The CyberLaw Group | Lexero Law |
| 220 N. Liberty Street | 80 M St SE, Ste 100 |
| Baltimore MD 21201 | Washington, DC 20003 |
| Phone: (443) 906-3495 | Phone: 855-453-9376 Ext. 101 |
| Abraham@TheCyberLawTeam.com | Eric.Menhart@Lexero.com |

*/s/ James Billings-Kang*
James Billings-Kang