

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Northern Division Address                                     David E. Ciambruschini, Chief Deputy

February 17, 2026

Circuit Court for Montgomery County
Civil Division
50 Maryland Ave
Rockville, MD 20850

      RE:    Oyola v. Lafayette Federal Credit Union
                 Civil Action No. DLB 25-cv-3410
                 State Cour Case No.  C-15-cv-25-04925

Dear Clerk:

      On February 17, 2026, the Honorable Deborah L. Boardman signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

      Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

      Thank you for your cooperation in this matter.

                                   Sincerely,

                                   Catherine M. Stavlas, Clerk

                    By:          /s/
                                   B. Ames, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2026.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov